IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § Case No. 4:20-CR-355 |
| | § Judge Mazzant |
| BRADLEY PAUL NIX (01) and | § |
| JAMES CLARK NIX (02) | § |

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF FILING OF VICTIM STATEMENTS UNDER SEAL**

On this day came on to be considered the Government's Motion for Leave to File Notice of Filing of Victim Statements Under Seal. After careful consideration, the Court is of the opinion that the motion has merit and should be granted. It is therefore

ORDERED that the above motion is GRANTED, and that the Government may file the above notice under seal.

**SIGNED this 13th day of May, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE